UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JASON DOWICYAN,

                        Petitioner,

            -against-                                    12 Civ. 5157 (LAK)

DEPUTY SUPT. ROLAND LARKIN,

                        Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

```
┌──────────────────────────────────┐
│ USDS SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____            │
│ DATE FILED: __AUG - 8 2013__      │
└──────────────────────────────────┘
```

## ORDER

LEWIS A. KAPLAN, *District Judge.*

            The petition is dismissed as time barred substantially for the reasons set forth in the report and recommendation of Magistrate Judge Henry B. Pitman.  Petitioner's objections are overruled.  A certificate of appealability is denied and the Court determines that any appeal herefrom would not be taken in good faith within the meaning of 28 U.S.C. § 1915.

            SO ORDERED.

Dated:      August 8, 2013

                                        _____
                                                Lewis A. Kaplan
                                        United States District Judge